UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jamie Riley, et al.

v.                                    Civil No. 15-cv-152-SM

School Administrative Unit #23, et al.


O R D E R

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated December 22, 2015, for the reasons set forth
therein.  "'[O]nly those issues fairly raised by the objections
to the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

Plaintiffs' Motion for a Preliminary Injunction is hereby
denied.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: January 14, 2016

cc:   Kirk C. Simoneau, Esq.
      Melissa A. Hewey, Esq.
      Dona Feeney, Esq.
      Jeanne M. Kincaid, Esq.