UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jamie Riley and Alan Riley</u>
<u>On Behalf of Their Son, A.R.</u>

          v.

<u>School Administrative Unit #23,</u>
<u>and Interim Superintendent</u>
<u>Dr. Donald A. LaPlante in his Official Capacity</u>

Case No. 15-cv-152-SM

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:

1. Stipulation of Dismissal filed on September 13, 2016, dismissing Defendant Interim Superintendent Dr. Donald A. LaPlante, and

2. Order by U.S. District Judge Steven J. McAuliffe dated October 13, 2017, dismissing plaintiffs' claims against the defendant School Administrative Unit #23.

                                       By the Court,

                                       _/s/ Daniel J. Lynch_
                                       Daniel J. Lynch
                                       Clerk of Court

Date: October 16, 2017

cc:   Kirk C. Simoneau, Esq.
     David P. Slawsky, Esq.
     Melissa A. Hewey, Esq.
     Dona Fenney, Esq.
     Jeanne M. Kincaid, Esq.
     Joshua S. Hilliard, Esq.