UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| A.R., <br> JAMIE RILEY AND ALLEN RILEY ) <br> ON BEHALF OF THEIR SON ) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SCHOOL ADMINISTRATIVE UNIT #23,) <br> AND INTERIM SUPERINTENDEN ) <br> DR. DONALD A. LAPLANTE IN HIS ) <br> OFFICIAL CAPACITY ) <br> ) <br>     Defendants ) | Civil Action No.:1:15-CV-00152-SM |

## **NOTICE OF APPEAL**

Notice is hereby given that A.R.by his parents and next friends, Jamie C. Riley and Alan T. Riley, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from an Order of dismissal entered on October 13, 2017, and a Final Judgment entered on October 16, 2017.

                                                                              Respectfully submitted

                                                                              JAMIE RILEY AND ALLEN RILEY
                                                                              P/N/F AR

                                                                              By his attorneys,

                                                                              NIXON, VOGELMAN, BARRY
                                                                              SLAWSKY & SIMONEAU, PA

Dated: November 7, 2017     By:      /s/ Kirk C. Simoneau
                                     Kirk C. Simoneau (19291)
                                     77 Central Street
                                     Manchester, NH 03101
                                     Phone: (603) 669-7070
                                     Email: dslawsky@davenixonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice has been forwarded electronically to Dona Feeney, counsel for the defendants.

/s/ Kirk C. Simoneau
Kirk C. Simoneau