# United States Court of Appeals
## For the First Circuit

No. 17-2106

JAMIE RILEY, individually and as parent of minor child, A.R.; ALAN RILEY, individually and as parent of minor child, A.R.

Plaintiffs - Appellants

v.

SCHOOL ADMINISTRATIVE UNIT #23, a/k/a SAU #23

Defendant - Appellee

DONALD A. LAPLANTE, Interim Superintendent, SAU #23

Defendant

**MANDATE**

Entered: January 28, 2020

In accordance with the judgment of January 7, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dona Feeney
Melissa A. Hewey
Jeanne Kincaid
Kirk C. Simoneau
David Paul Slawsky